**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUKETU PATEL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-1010** |
| | : | |
| **CF FRESH LLC** | : | |

# ORDER

**AND NOW**, this 7th day of November 2022, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 34), Plaintiff's Response (ECF Doc. No. 46), Defendant's Reply (ECF Doc. No. 50), finding no genuine issues of material fact and judgment is warranted as matter of law as more fully detailed in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 34) is **GRANTED**; and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**